IRDETO ACCESS, INC. (formerly known as TV/COM International, Inc.), Plaintiff–Appellant,

v.

ECHOSTAR SATELLITE CORPORATION (now known as EchoStar Satellite L.L.C.), Defendant–Appellee,

and

Kudelski, S.A. and Nagravision, S.A., Defendants–Appellees.

Irdeto Access, Inc. (formerly known as TV/COM International, Inc.), Plaintiff–Appellee,

v.

Echostar Satellite Corporation (now known as EchoStar Satellite L.L.C.), Defendant–Appellant,

and

Kudelski, S.A. and Nagravision, S.A., Defendants–Appellants.

No. 04–1154, 04–1178.

United States Court of Appeals, Federal Circuit.

April 20, 2004.

David A. York, Principal Attorney, Latham & Watkins, Menlo Park, CA, David S. Foster, of Counsel, Latham & Watkins, Chicago, IL, for Plaintiff–Appellant.

Robert R. Brunelli, Principal Attorney, Sheridan Ross, Denver, CO, James M. Heintz, of Counsel, Piper Rudnick, Washington, DC, for Defendants–Appellees.

Philip L. Cohan, Principal Attorney, Piper Rudnick, Washington, DC, for Defendants–Appellees and Defendant–Cross Appellant.

*ORDER*

Upon consideration of the unopposed motions of EchoStar Satellite Corporation et al. to revise the official caption and to voluntarily dismiss 04–1178.

IT IS ORDERED THAT:

(1) The motions are granted. The revised official captions are reflected above.

(2) Each side shall bear its own costs in 04–1178.